IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

JAIMIE PANKOW,                                         Case No.: 14-mj-108

Defendant.

IN THE MATTER OF THE APPLICATION FOR A
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE STEPHEN L. CROCKER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRIT OF WISCONSIN

The petition of the United States Attorney for the Western District of Wisconsin respectfully shows to this Honorable Court that Jaimie Pankow is a defendant in the above-entitled action whose appearance is necessary for initial appearance.

That petitioner further alleges that said proceedings will be held in Room 460, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing on March 1, 2016, at 1:00 p.m.

That petitioner has been informed and believes that Jaimie Pankow is now confined at the Marathon County Jail at which institution said person is committed pursuant to the order of a court of the State of Wisconsin.

WHEREFORE, your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus be issued from this court to the warden, the United States Marshal for the Western District of Wisconsin, or any other person having lawful custody of the above-named defendant at the Marathon County Jail requiring him/her to produce the body of the said Jaimie Pankow at the time and place set forth above and for any other proceedings scheduled by the court herein.

Dated at Madison, Wisconsin, this 29th day of February, 2016.

_Dan Graber_
DANIEL J. GRABER
Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad prosequendum be issued as prayed for in the foregoing Petition.

IT IS FURTHER ORDERED that the United States Marshal shall retain custody of the defendant until further order of the court.

Dated this 29th day of February, 2016.

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge